and that he comply with *Rule* 1:20–20 dealing with suspended attorneys.

698 A.2d 1258

IN THE MATTER OF ANTONIO VELAZQUEZ, AN ATTORNEY AT LAW.

September 10, 1997.

### ORDER

The Office of Attorney Ethics having filed a petition with the Supreme Court pursuant to *Rule* 1:20–3(g)(4) and *Rule* 1:20–11 recommending that **ANTONIO VELAZQUEZ** of **CLIFTON** who was admitted to the bar of this State in 1988, be immediately temporarily suspended from the practice of law, and good cause appearing;

It is ORDERED that **ANTONIO VELAZQUEZ** is temporarily suspended from the practice of law, effective immediately, and until further Order of this Court; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **ANTONIO VE-LAZQUEZ**, pursuant to *Rule* 1:21–6 shall be restrained from disbursement except on application to this Court, for good cause shown, pending the further Order of this Court; and it is further

ORDERED that **ANTONIO VELAZQUEZ** be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20 dealing with suspended attorneys.